BEFORE THE SECOND DIVISION, AUGUST 16, 1967

No. P67/272.—New York Merchandise Co., Inc. *v.* United States, protest 65/3392 (San Diego).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protest are padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 16, 1967

No. P67/273.—F. F. Straus *v.* United States, protest 63/7182 (Los Angeles).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of vases similar in all material respects to those the subject of *F. Lunning, Inc.*, and *Traders Service Corp. et al.* v. *United States* (39 Cust Ct. 271, C.D. 1941), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 23, 1967

No. P67/274.—M. Pressner & Co., Inc. *v.* United States, protests 66/7811 and 66/7830 (New York).

No. P67/275.—Arrow Novelty Co., Inc., et al. *v.* United States, protests 66/13482, etc. (New York).

No. P67/276.—Dan Brechner & Co. et al. *v.* United States, protests 66/57152, etc. (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.